**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00266-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANGELO SWAGERTY,

      Defendant.

**ORDER**

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on November 20, 2015,

**IT IS ORDERED** that Defendant Angelo Swagerty is sentenced to **time served**.

Dated:  November 20, 2015

                                                      BY THE COURT:

                                                      s/ Robert E. Blackburn
                                                      ROBERT E. BLACKBURN,
                                                      UNITED STATES DISTRICT JUDGE